IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRACE M. MOTES, | ) |
| | ) |
| Plaintiff, | )  CIVIL NO.  3:12-cv-01062-JPG-DWG |
| | ) |
| vs. | ) |
| | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (Doc. 14), which the Court construes as pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **without costs** and **DIRECTS** the Clerk of Court to close this case.

**DATED:  April 17, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**